A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana

By _____
Deputy Clerk



**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**FILED**

**05/21/2024**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
Roger A.G. Sharpe, Clerk

**IN RE: COOK MEDICAL, INC., IVC FILTERS**
**MARKETING, SALES PRACTICES AND PRODUCTS**
**LIABILITY LITIGATION**

MDL No. 2570

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 21 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –284)**

On October 15, 2014, the Panel transferred 13 civil action(s) to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 53 F.Supp.3d 1379 (J.P.M.L. 2014). Since that time, 1,093 additional action(s) have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable Richard L. Young.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Young.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Indiana for the reasons stated in the order of October 15, 2014, and, with the consent of that court, assigned to the Honorable Richard L. Young.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

**IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION**                                           MDL No. 2570

## SCHEDULE CTO–284 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|----------|----------|-------------|------------------|--|
| ARKANSAS EASTERN | | | | |
| ARE | 4 | 24–00402 | Wheat v. Cook Incorporated et al | 1:24-cv-7104-RLY-TAB |